UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISHMAEL ZAKAT TURNER, | No. C 10-2921 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| SAN QUENTIN WARDEN, | |
| Respondent. | |

This action is dismissed without prejudice to petitioner filing a new habeas petition if he ever obtains the necessary order from the Ninth Circuit permitting him to file a second or successive petition.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 9, 2010

Marilyn Hall Patel
United States District Judge